IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| MANOGNA DEVABHAKTUNI, ) | |
| Plaintiff, ) | |
| vs. ) | No. 3:19-CV-2557-M-BH |
| ) | |
| NEW YORK LIFE, et al., ) | |
| Defendants. ) | |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

For the reasons stated in the Findings, Conclusions, and Recommendation of the United States Magistrate Judge, the plaintiff's *Application[s] to Proceed in Forma Pauperis,* filed October 28, 2019 (doc. 3), and November 4, 2019 (doc. 6), are denied. By separate judgment, this action will be summarily dismissed based on the prior sanction orders in *Manogna Devabhaktuni v. Honorable David C. Godbey,* No. 3:19-CV-2216-G (BT) (N.D. Tex. Oct. 28, 2019), and *Manogna Devabhaktuni v. All in the Court*, No. 3:19-CV-2240-M (BK) (N.D. Tex. Dec. 18, 2019).

**SIGNED this 17th day of January, 2020.**

BARBARA M. G. LYNN
CHIEF JUDGE